**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-02091-JAD-DJA<br><br>**UNOPPOSED MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Jordan D. Etzig ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Unopposed Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　　1.　　On November 22, 2021, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 21, 2021.

　　　　2.　　On December 21, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

　　　　3.　　The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The

additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

4. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Unopposed Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 20, 2022. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 21st day of December 2021.

> QUILLING SELANDER LOWNDS
> WINSLETT & MOSER, P.C.
>
> */s/ Jennifer Bergh*
> Jennifer Bergh
> Nevada Bar No. 14480
> jbergh@qslwm.com
> 2001 Bryan Street, Suite 1800
> Dallas, Texas 75201
> (214) 560-5460
> (214) 871-2111 Fax
>
> **COUNSEL FOR TRANS UNION LLC**

2

5340909.1

**ORDER**

The Unopposed Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

DATED this 22nd day of December, 2021.

_____
**HONORABLE DANIEL J. ALBREGTS**
**UNITED STATES MAGISTRATE JUDGE**

3

5340909.1

# CERTIFICATE OF SERVICE

I hereby certify that on this the 21st of December 2021, I filed **UNOPPOSED MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Mitchell D. Gliner
inbox@glinerlaw.com
Gliner Law
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
***Counsel for Plaintiff***

                                */s/ Jennifer Bergh*
                                **JENNIFER BERGH**

4

5340909.1