**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Kurt Bonds
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG,<br><br>            Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>            Defendants. | Case No. 2:21-cv-02091-JAD-DJA<br><br>**JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY JENNIFER BERGH** |

COME NOW Plaintiff Jordan D. Etzig ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (collectively known as "the Parties"), by and through their respective counsel and, pursuant to Local Rule IA 11-6(b), hereby stipulate to the following:

1. Jennifer Bergh is leaving the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. to pursue another opportunity.

2. Accordingly, the parties conferred and agree to the withdrawal of Jennifer Bergh as attorney for Trans Union.  Additionally, the Joint Stipulation for Withdrawal of Attorney Jennifer Bergh was served to Trans Union via email on March 24, 2022, and Trans Union is unopposed.

3. Rachael Swernofsky, of the law firm Quilling, Selander, Lownds, Winslett & Moser, P.C., is licensed in the State of Nevada and has filed her Notice of Appearance as counsel for Defendant Trans Union. (Dkt. 15).

4. Kurt Bonds**,** of the law firm Alverson Taylor & Sanders, has been designated as attorney for personal service for Defendant Trans Union.

WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court to grant the withdrawal of attorney Jennifer Bergh.

DATED: March 25, 2022

| | |
|---|---|
| **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** | **GLINER LAW** |
| */s/ Rachael Swernofsky* | */s/ Mitchell D. Gliner* |
| **RACHAEL SWERNOFSKY** | **MITCHELL D. GLINER** |
| rswernofsky@qslmw.com | mgliner@glinerlaw.com |
| Nevada Bar No. 15465 | 3017 W. Charleston Blvd., Suite 95 |
| 6900 N. Dallas Parkway, Suite 800 | Las Vegas, NV 89102 |
| Plano, Texas 75024 | (702) 870-8700 |
| (214) 560-5443 | (702) 870-0034 Fax |
| (214) 871-2111 Fax | ***Counsel for Plaintiff*** |
| ***Counsel for Trans Union LLC*** | |

5501592.1

**ORDER**

The Joint Stipulation for Withdrawal of Attorney Jennifer Bergh is so ORDERED AND ADJUDGED.

Dated this 28th day of March 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

3

5501592.1

# CERTIFICATE OF SERVICE

I hereby certify that on this the 25th of March 2022, I filed **JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY JENNIFER BERGH** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Mitchell D. Gliner
mgliner@glinerlaw.com
3017 W Charleston Blvd, Suite 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
*Counsel for Plaintiff*

                                  */s/ Rachael Swernofsky*
                                  **RACHAEL SWERNOFSKY**

4

5501592.1