**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5443
(214) 871-2111 Fax
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

**\*\*Designated Attorney for Personal Service\*\***
Kurt Bonds, Esq.**,** Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG,<br><br>                    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>                    Defendants. | Case No. 2:21-cv-02091-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC**<br><br>ECF No. 19 |

      Plaintiff Jordan D. Etzig, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

      There are no longer any issues in this matter between Jordan D. Etzig and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

| | |
|---|---|
| /s/ Rachael Swernofsky | /s/ Mitchell D. Gliner |
| Rachael Swernofsky | Mitchell D. Gliner |
| Nevada Bar No. 15465 | 3017 W. Charleston Blvd., Suite 95 |
| Quilling Selander Lownds | Las Vegas, NV 89102 |
| Winslett & Moser, P.C. | (702) 870-8700 |
| 6900 N Dallas Parkway, Suite 800 | (702) 870-0034 Fax |
| Plano, TX 75024 | mgliner@glinerlaw.com |
| (214) 560-5443 | **Counsel for Plaintiff** |
| (214) 871-2111 Fax | |
| rswernofsky@qslwm.com | |
| **Counsel for Trans Union LLC** | |

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, and because the dismissal of the claims against Trans Union, LLC leaves no claims or parties pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2022

1